IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| PIEDMONT BROADCASTING CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:08CV00039<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>  Senior United States District Judge |
| Plaintiff, | | |
| v. | | |
| ACE AMERICAN INSURANCE COMPANY, | | |
| Defendant. | | |

Before me is Plaintiff Piedmont Broadcasting Corporation's Motion for Summary Judgment and Defendant Ace American Insurance Company's Motion for Summary Judgment. For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that Plaintiff Piedmont Broadcasting Corporation's Motion for Summary Judgment is **DENIED**, Defendant Ace American Insurance Company's Motion for Summary Judgment is **GRANTED**, and this case is dismissed from the active docket of this Court along with any pending motions.

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered this 16th day of July, 2009.

                                    s/Jackson L. Kiser
                                    Senior United States District Court